1  **JENNIFER L. COON**
   California State Bar No. 203913
2  **FEDERAL DEFENDERS OF SAN DIEGO, INC.**
   225 Broadway, Suite 900
3  San Diego, California 92101-5008
   Telephone: (619) 234-8467
4  Email: Jennifer_Coon@fd.org

5  Attorneys for Defendant

8                  UNITED STATES DISTRICT COURT
9             FOR THE SOUTHERN DISTRICT OF CALIFORNIA
10                 (HONORABLE NITA L. STORMES)

11 | UNITED STATES OF AMERICA,        ) CASE NO. 08MJ1331
                                      )
12 |         Plaintiff,                )
                                      )
13 | v.                               )
                                      ) **NOTICE OF APPEARANCE**
14 | CONRADO RAMIREZ-FRANCO,          )
                                      )
15 |         Defendant.                )
   |_____ )

17         Pursuant to implementation of the CM/EMF procedures in the Southern District of
18 California, Jennifer L. Coon, Federal Defenders of San Diego, Inc., files this Notice of Appearance as lead
19 attorney in the above-captioned case.

20                                          Respectfully submitted,

22 Dated: May 6, 2008                       /s/ *JENNIFER L. COON*
                                            Federal Defenders of San Diego, Inc.
23                                          Attorneys for Defendant
                                            Jennifer_Coon@fd.org

**CERTIFICATE OF SERVICE**

Counsel for Defendant certifies that the foregoing is true and accurate to the best information and belief, and that a copy of the foregoing document has been caused to be delivered this day upon:

Courtesy Copy to Chambers

Copy to Assistant U.S. Attorney via ECF NEF

Dated: May 6, 2008                                       /s/ *JENNIFER L. COON*
                                                                    Federal Defenders of San Diego, Inc.
                                                                    225 Broadway, Suite 900
                                                                    San Diego, CA  92101-5030
                                                                    (619) 234-8467  (tel)
                                                                    (619) 687-2666  (fax)
                                                                    Jennifer_Coon@fd.org (email)