AO 455(Rev. 5/85) Waiver of Indictment

MAY 27 2008

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA | **WAIVER OF INDICTMENT** |
| v. | |
| CONRADO RAMIREZ-FRANCO | CASE NUMBER: 08CR1621-W |

I, CONRADO RAMIREZ-FRANCO, the above named defendant, who is accused of committing the following offense:

Title 8, U.S.C., Sec. 1325 - Illegal Entry (Misdemeanor); Title 8, U.S.C., Sec. 1325 - Illegal Entry (Felony),

being advised of the nature of the charge(s), the proposed information, and of my rights, hereby waive in open court on 5/27/08 prosecution by indictment and consent that the proceeding may be by information rather than by indictment.

_Conrado Ramirez_
Defendant

_Jennifer Chu_
Counsel for Defendant

Before _[signature]_
Judicial Officer